May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CAROL ANN NORRA, Appellant

NO. 14-08-01169-CV                    V.

HARRIS COUNTY, TEXAS AND THE STATE OF TEXAS, ACTING BY AND
THROUGH THE TEXAS COMMISSION ON ENVIROMENTAL QUALITY,
Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 2, 2008. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Carol Ann Norra.

We further order this decision certified below for observance.